**STATE OF SOUTH CAROLINA**

COUNTY OF __DILLON__

__NOCHUS H.M. BERRY__
Plaintiff(s)

vs.

__PERDUE FARMS INC.__
__PERDUE TRANSPORTATION INC.__
Defendant(s)

Submitted By: __P.O. BOX 1061__
Address: __APEX, NC 27502__

**IN THE COURT OF COMMON PLEAS**

**CIVIL ACTION COVERSHEET**

~~2019-CP-17-~~ **052**

SC Bar #: ____
Telephone #: ____
Fax #: ____
Other: ____
E-mail: ____

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing cases that are NOT E-Filed. It must be filled out completely, signed, and dated. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint. **This form is NOT required to be filed in E-Filed Cases.**

**DOCKETING INFORMATION** (Check all that apply)
*If Action is Judgment/Settlement do not complete*

[✓] **JURY TRIAL** demanded in complaint.    [ ] **NON-JURY TRIAL** demanded in complaint.
[ ] This case is subject to **ARBITRATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
[ ] This case is subject to **MEDIATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
[ ] This case is exempt from ADR. (Proof of ADR/Exemption Attached)

FILED 2019 FEB 21 P 4:24 CLERK OF COURT DILLON COUNTY GWEN T. HYATT

**NATURE OF ACTION** (*Check One Box Below*)

**Contracts**
[ ] Constructions (100)
[ ] Debt Collection (110)
[ ] General (130)
[ ] Breach of Contract (140)
[ ] Fraud/Bad Faith (150)
[ ] Failure to Deliver/Warranty (160)
[ ] Employment Discrim (170)
[✓] Employment (180)
[ ] Other (199) ____

**Torts - Professional Malpractice**
[ ] Dental Malpractice (200)
[ ] Legal Malpractice (210)
[ ] Medical Malpractice (220)
Previous Notice of Intent Case #
20__-NI-__
[ ] Notice/File Med Mal (230)
[ ] Other (299) ____

**Torts – Personal Injury**
[ ] Conversion (310)
[ ] Motor Vehicle Accident (320)
[ ] Premises Liability (330)
[ ] Products Liability (340)
[ ] Personal Injury (350)
[ ] Wrongful Death (360)
[ ] Assault/Battery (370)
[ ] Slander/Libel (380)
[ ] Other (399) ____

**Real Property**
[ ] Claim & Delivery (400)
[ ] Condemnation (410)
[ ] Foreclosure (420)
[ ] Mechanic's Lien (430)
[ ] Partition (440)
[ ] Possession (450)
[ ] Building Code Violation (460)
[ ] Other (499) ____

**Inmate Petitions**
[ ] PCR (500)
[ ] Mandamus (520)
[ ] Habeas Corpus (530)
[ ] Other (599) ____

**Administrative Law/Relief**
[ ] Reinstate Drv. License (800)
[ ] Judicial Review (810)
[ ] Relief (820)
[ ] Permanent Injunction (830)
[ ] Forfeiture-Petition (840)
[ ] Forfeiture—Consent Order (850)
[ ] Other (899)

**Judgments/Settlements**
[ ] Death Settlement (700)
[ ] Foreign Judgment (710)
[ ] Magistrate's Judgment (720)
[ ] Minor Settlement (730)
[ ] Transcript Judgment (740)
[ ] Lis Pendens (750)
[ ] Transfer of Structured Settlement Payment Rights Application (760)
[ ] Confession of Judgment (770)
[ ] Petition for Workers Compensation Settlement Approval (780)
[ ] Incapacitated Adult Settlement (790)
[ ] Other (799) ____

**Appeals**
[ ] Arbitration (900)
[ ] Magistrate-Civil (910)
[ ] Magistrate-Criminal (920)
[ ] Municipal (930)
[ ] Probate Court (940)
[ ] SCDOT (950)
[ ] Worker's Comp (960)
[ ] Zoning Board (970)
[ ] Public Service Comm. (990)
[ ] Employment Security Comm (991)
[ ] Other (999) ____

**Special/Complex /Other**
[ ] Environmental (600)
[ ] Automobile Arb. (610)
[ ] Medical (620)
[ ] Other (699) ____
[ ] Sexual Predator (510)
[ ] Permanent Restraining Order (680)
[ ] Interpleader (690)

[ ] Pharmaceuticals (630)
[ ] Unfair Trade Practices (640)
[ ] Out-of State Depositions (650)
[ ] Motion to Quash Subpoena in an Out-of-County Action (660)
[ ] Pre-Suit Discovery (670)

**Submitting Party Signature:** _Nochus H. Michael Berry_    **Date:** _Thurs 7 Jan 2019_

**Note:** Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.

SCCA / 234 (02/2018)                                                                                          Page 1 of 2

| | |
|---|---|
| STATE OF SOUTH CAROLINA, | ) IN THE COURT OF COMMON PLEAS |
| COUNTY OF DILLON | ) |
| NOCHUS H. M. BERRY | ) SUMMONS |
| Plaintiff, | ) |
| vs. PERDUE FARMS, INC. | ) FILE NO. _____ -CP- ____ - _____ |
| PERDUE TRANSPORTATION INC. | ) |
| Defendant. | ) **2019-CP-17  052** |

TO THE DEFENDANT ABOVE-NAMED:

YOU ARE HEREBY SUMMONED and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

_____DILLON_____, South Carolina

Dated: 7 FEB 2019

_____Nochus H. Michael Berry_____
Plaintiff/Attorney for Plaintiff

Address: P.O. Box 1061, APEX NC 27502

SCCA 401 (5/02)

FILED
GWEN T HYATT
2019 FEB -7 P 4:24
CLERK OF COURT
DILLON COUNTY

Nochus H. Michael Berry
P.O. Box 1061
Apex, North Carolina 27502

vs.

Perdue Farms, Inc.           Perdue Transportation, Inc.
2047 Highway 9W              6906 Zion Church Road
Dillon, South Carolina 29536 Salisbury, Maryland 21801

2019-CP-17 052

FILED
GWEN T HYATT
2019 FEB -7 P 4: 24
CLERK OF COURT
DILLON COUNTY

## FOR A THIRD CAUSE OF ACTION
### Workers Compensation Retaliation Claim (S.C. Law 41-180)

**1.** The Plaintiff re-alleges all foregoing as if restated herein verbatim.

**2.** The plaintiff instituted workers compensation proceedings, within the meaning of the Act and the interpreting case law.

**3.** The Defendants Discharged the Plaintiff, after initiated Workers Compensation proceedings.

**4.** There was a casual connection between the plantiffs discharge and South Carolinas' Workers Compensation proceedings.

**5.** The discharge of the Plaintiff, was significantly motivated by retaliation for exercise of statutory rights under workers compensation law.

**6.** The employers proffered explanation for the discharge, is unworthy of credence.

**7.** Plaintiff is entitled to judgement awarding all due lost wages due, prejudment interest, post-judgement interest, reinstatement of loss of original position, and wages, and reasonable attorneys' fees and costs.

1

## PRAYER FOR RELEIF

**WHEREFORE,** the prays for judgment against the defendants for all injuries, and damages, punitive damages, fees and costs and equitable remedies set forth in this complaint and/or allowed, provided for or permitted by the common law, statutory law, by the Americans with Disabilitys' Act (ADA), the Payment of Wages Act, the Workers' Compensation Law, such an amount as shall be determined by the finder of fact under evidence presented at trial, and for an Order requiring the defendant to bring its policies, procedures, training and supervision in compliance with the ADA, the Payment of Wages Act, the Workers, Compensation Law and for further relief as the Court may deem just and proper.

___DILLON___, South Carolina

___Nochus H. Michael Berry___
Plaintiff/ Attorney for Plaintiff

Dated ___7 Feb 2019___

Address: ___P.O. Box 1061, Apex NC 27502___

FILED
GWEN T HYATT
2019 FEB -7 P 4:24
CLERK OF COURT
DILLON COUNTY

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF DILLON | ) | C.A. No. 2019-CP-17-00052 |

| | |
|---|---|
| Nochus H.M. Berry, | ) |
| | ) |
|                 Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Perdue Farms, Inc., and Perdue, Transportation, Inc., | ) |
| | ) |
|                 Defendants. | ) |
| | ) |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:    The Honorable Gwen T. Hyatt
          Clerk of Court
          P.O. Box 1220
          Dillon, South Carolina 29536-1220

          Nochus H.Michael Berry
          P.O. Box 1061
          Apex, NC 27502

PLEASE TAKE NOTICE that the Defendants in the above-captioned action have, on the 15th day of March, 2019, filed its Notice of Removal in the Office of the Clerk of the United States District Court for the District of South Carolina, Division. (Attachment A.) Pursuant to 28 U.S.C. § 1446(d), the Court of Common Pleas for Dillon County, South Carolina shall proceed no further unless or until the case is remanded.

[DATE & SIGNATURE BLOCK ON NEXT PAGE]

Dated this 15th day of March, 2019.

                Respectfully submitted,

                OGLETREE, DEAKINS, NASH,
                  SMOAK & STEWART, P.C.

By:   s/Lucas J. Asper
       Lucas J. Asper (Fed. ID 10588)
       M. Brooks Miller (Fed. ID 11527)
       300 North Main Street, Suite 500
       Greenville, South Carolina 29601
       Phone: (864) 271-1300
       Fax: (864) 235-8806
       lucas.asper@ogletree.com
       brooks.miller@ogletree.com

**Attorneys for Defendant**

37759621.1

2